816 A.2d 1099

**The Honorable H. William DEWEESE, Member of the House of Representatives of the Commonwealth of Pennsylvania, Individually and on Behalf of the Democratic Caucus of the House of Representatives, Appellants**

v.

**The Honorable Mark S. SCHWEIKER, Governor of the Commonwealth of Pennsylvania and the Honorable C. Michael Weaver, Secretary of the Commonwealth of Pennsylvania, Appellees.**

**Honorable Robert C. Jubierler, President Pro Tempore of the Senate and Matthew J. Ryan, Speaker of the House, Intervenors.**

**No. 169 MAP 2002.**

Supreme Court of Pennsylvania.

Feb. 19, 2003.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February, 2003, the above captioned appeal is quashed for failure to file post verdict motions.